**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UNITED STATES OF AMERICA

VS.                                           4:05CR00305(21) SWW/JTR

LAURA LEIGH JONES

**ORDER**

On January 19, 2006, the Court entered an Order Setting Conditions of Release for Defendant, including mental health counseling through Little Rock Community Mental Health, and inpatient drug treatment at Chance Sobriety Ministries. (Docket entry #326.) Defendant's Pretrial Services Officer has submitted a Petition for Action indicating that on May 29, 2006, Defendant left Chance Sobriety Ministries prior to successful completion of the program. However, Defendant has since been screened for admission to Arkansas Cares and is due to be admitted to that program. Defendant's Pretrial Services Officer thus requests that Defendant's conditions be modified to reflect residential drug treatment at Arkansas Cares and continued mental health counseling at Professional Counseling Associates. For good cause shown, the Court will grant the request.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release (docket entry #326) is hereby MODIFIED to reflect residential drug treatment at Arkansas Cares, and mental health counseling at Professional Counseling Associates. All other conditions of the Order Setting Conditions of Release (docket entry #326) shall remain in effect.

IT IS SO ORDERED this 28th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE