**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                               NO. 4:05CR00305-001 SWW

LAURA LEIGH JONES

### ORDER

The above entitled cause came on for hearing on government's petition [docs #1112, #1116, #1117] to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of defendant, exhibits received and the testimony of witnesses, the Court found that defendant has violated the conditions of her probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked.**

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **ELEVEN (11) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant participate in mental health counseling during incarceration.

There will be **ONE (1) YEAR** of supervised release to follow and shall include the following special conditions:

> 1. Defendant shall serve the first **SIX (6) MONTHS**, following release from imprisonment, in a residential re-entry facility under the guidance and supervision of the U. S. Probation Office.
>
> 2. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the

U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

4. Defendant shall follow all standard conditions of supervised release.

The defendant is remanded to the custody of the U. S. Marshal for service of sentence imposed.

IT IS SO ORDERED this 22ND day of January 2010.

/s/Susan Webber Wright

United States District Judge